IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) |
| Plaintiff, | ) ) CIVIL ACTION |
| vs. | ) ) FILE NO. 1:05-CV-01958-CAP |
| DEKALB COUNTY SCHOOL SYSTEM, | ) ) |
| Defendant. | ) ) |

**VOLUNTARY STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

The Parties, by their counsel, hereby voluntarily stipulate that the above-captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear her or its own costs, expenses and attorneys' fees.

Respectfully submitted, this 5th day of April 2006.

| | |
|---|---|
| S. Robert Royal, Esq. | Josie A. Alexander |
| Georgia Bar No. 617505 | Georgia Bar No. 008886 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ALEXANDER & ASSOCIATES |
| 100 Alabama Street, S.W. | 1020 Edgewood Avenue, N.E, |
| Suite 4R30 | Atlanta, Georgia 30307 |
| Atlanta, Georgia 30303 | Telephone: (404) 614-0001 |
| Telephone: (404) 562-6812 | Facsimile: (404) 614-0009 |
| Counsel for Plaintiff | Counsel for Defendant |

Entered as dismissed pursuant to
Rule 41(a)(1)(ii), F.R.C.P.

Luther D. Thomas, Clerk
By: EP Moore
Deputy Clerk